UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: VICTORIA ANN CLARK

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

VICTORIA ANN CLARK

    Respondent(s)

CHAPTER 13

CASE NO: 1-15-03706-RNO

## CERTIFICATION OF DEFAULT

AND NOW on March 6, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of March 6, 2017, the Debtor(s) is/are $1000.00 in arrears with a plan payment having last been made on Oct 31, 2016.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: March 6, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   VICTORIA ANN CLARK

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

VICTORIA ANN CLARK

Respondent(s)

CHAPTER 13

CASE NO: 1-15-03706-RNO

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on March 6, 2017.

DOROTHY L MOTT LAW OFFICE, LLC
D/B/A MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA  17101-

VICTORIA ANN CLARK
3106 BRAEBURN LANE
HARRISBURG, PA  17110

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  March 6, 2017