In re:  
Victoria Ann Clark  
    Debtor

Case No. 15-03706-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: MMchugh    Page 1 of 3    Date Rcvd: Mar 07, 2017  
Form ID: pdf010    Total Noticed: 81

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2017.

```
db            +Victoria Ann Clark,    3106 Braeburn Lane,    Harrisburg, PA 17110-9101
4689084       +ALPAT CO,    40070 CANE AVE, STE 400,    SLIDELL, LA 70461-3757
4689086       +ARCADIA RECOVERY BUREAU,    PO BOX 6768,    WYOMISSING, PA 19610-0768
4689088       +BLUE MOUNTAIN ACADEMY,    2363 MOUNTAIN ROAD,    HAMBURG, PA 19526-8745
4689089       +BSG FINANCIAL LLC,    310 W LIBERTY STREET,    LOUISVILLE, KY 40202-3020
4689090        BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
4689145      ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
              (address filed with court:  T-MOBILE BANKRUPTCY DEPT,     PO BOX 37380,    ALBUQUERQUE, NM 87176)
4689091       +CALCAGNO & ROSSI,    2025 TECHNOLOGY PKWY, STE 304,    MECHANICSBURG, PA 17050-9402
4689092       +CALDWELL & KEARNS,    3631 NORTH FRONT STREET,    HARRISBURG, PA 17110-1500
4689093       +CAPITAL REGION WATER,    100 PINE DRIVE,    HARRISBURG, PA 17103-1260
4689094       +CARLISLE REGIONAL MED CTR,    366 ALEXANDER SPRING ROAD,    CARLISLE, PA 17015-9167
4689096        CENTERS FOR MEDICARE AND MEDICAID SERVIC,    7500 SECURITY BLVD,    BALTIMORE, MD 21244-1850
4689098       +CITY OF HARRISBURG,    BUR OF OPERATIONS & REVENUE,    10 NORTH SECOND STREET,
                HARRISBURG, PA 17101-1677
4689099       +COLONIAL PARK ANIMAL CLINIC,    4905 JONESTOWN ROAD,    HARRISBURG, PA 17109-1704
4689100       +COMCAST CABLE (BK Notices),    1555 SUZY ST,    LEBANON, PA 17046-8318
4689102       +COMPUTER CREDIT, INC,    CLAIM DEPT 083307,    640 W FOURTH STREET,    PO BOX 5238,
                WINSTON SALEM, NC 27113-5238
4689103       +CRA COLLECTIONS,    PO BOX 2103,    MECHANICSBURG, PA 17055-2103
4689105       +DAUPHIN COUNTY TAX CLAIM,    2 SOUTH 2ND STREET,    HARRISBURG, PA 17101-2047
4689106        DIRECTV CUSTOMER SERVICE (p),    BANKRUPTCY CLAIMS,    PO BOX 6550,
                GREENWOOD VILLAGE CO  80155-6550
4689107       +GOODALL POOLS & SPAS,    3607 HARTZDALE DRIVE,    CAMP HILL, PA 17011-7218
4689108       +HAMILTON LAW GROUP,    TROXELL PROFESSIONAL PLZ,    PO BOX 90301,    ALLENTOWN, PA 18109-0301
4689109       +HARRISBURG GASTROENTEROLOGY,    4760 UNION DEPOSIT ROAD,    HARRISBURG, PA 17111-3744
4689110       +INFINITY INSURANCE COMPANIES,    PO BOX 2153,    BIRMINGHAM, AL 35287-0002
4689112       +JP HARRIS ASSOCIATES LLC,    MUNICIPAL TAX ACCOUNTS,    PO BOX 226,
                MECHANICSBURG, PA 17055-0226
4689113       +MCCABE WEISBERG & CONWAY PC,    ATTN: MARGARET GAIRO,    123 SOUTH BROAD ST, STE 1400,
                PHILADELPHIA PA 19109-1060
4689115        MEDICARE PREMIUM COLLECTION CENTER,    PO BOX 790355,    SAINT LOUIS, MO 63179-0355
4689114       +McCLURE LAW OFFICE,    PO BOX 65,    MIDDLETOWN, PA 17057-0065
4689117       +NATIONAL RECOVERY AGENCY,    PO BOX 67015,    HARRISBURG PA 17106-7015
4689118       +NCFCU,    PO BOX 658,    NEW CUMBERLAND, PA 17070-0658
4689119       +NEW JERSEY TURNPIKE AUTHORITY,    ADMIN BLDG - 581 MAIN STREET,    PO BOX 5042,
                WOODBRIDGE, NJ 07095-5042
4689120       +NORTH SHORE AGENCY CORRESPONDENCE,    PO BOX 9221,    OLD BETHPAGE, NY 11804-9021
4697097       +New Cumberland Federal Credit Union,    PO Box 658,    New Cumberland, PA 17070-0658
4689121       +OIP,    3399 TRINDLE ROAD,    CAMP HILL, PA 17011-2286
4689122        ORECK DIRECT LLC,    1400 SALEM ROAD,    COOKEVILLE, TN 38506-6221
4689123       +PATHOLOGY ASSOC OF CEN PA,    4520 UNION DEPOSIT ROAD,    HARRISBURG, PA 17111-2910
4689124       +PEERLESS CREDIT SERVICES INC,    659 SPRING GARDEN DRIVE,    MIDDLETOWN, PA 17057-3033
4689125       +PENN WASTE INC,    PO BOX 3066,    85 BRICKYARD ROAD,    YORK, PA 17402-0066
4689126       +PINNACLE CARDIOLOGY,    1000 N FRONT STREET, STE 200,    WORMLEYSBURG, PA 17043-1044
4689129        PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
4689130       +PROFESSIONAL ACCOUNT SERVICES,    7100 COMMERCE WAY, STE 100,    BRENTWOOD, TN 37027-6935
4689131       +PROGRESSIVE INSURANCE,    5165 CHAMPUS DR, STE 100,    PLYMOUTH MEETING, PA 19462-1639
4712845       +Penn Waste Inc,    PO Box 3066,    York, PA 17402-0066
4689134       +REAM, CARR, MARKEY & WHOLOSHIN, LLP,    119 E MARKET STREET,    YORK, PA 17401-1221
4689135       +REVENUE COLLECT,    PO BOX 2103,    MECHANICSBURG, PA 17055-2103
4689136       +SECOND ROUND SUB, LLC,    PO BOX 41955,    AUSTIN, TX 78704-0033
4689137       +SHOPNBC,    220 W SCHROCK RD,    WESTERVILLE, OH 43081-2873
4689138       +SILLIKER & REINHOLD,    MARK T SILLIKER, ESQUIRE,    5922 LINGLESTOWN ROAD,
                HARRISBURG PA 17112-1149
4689139       +SILVERS FAMILY DENTAL CARE,    4392 STURBRIDGE DR, STE 100,    HARRISBURG, PA 17110-3674
4689141       +SPS,    ATTN: BANKRUPTCY DEPT,    PO BOX 65250,    SALT LAKE CITY, UT 84165-0250
4689142       +SUNDANCE VACATIONS,    264 Highland Park Blvd.,    Wilkes Barre, PA 18702-6768
4689143        SUSQUEHANNA TWP AUTH,    1900 LINGLESTOWN RD,    HARRISBURG, PA 17110-3301
4689144       +SUSQUEHANNA TWP EMS,    PO BOX 98,    ENOLA, PA 17025-0098
4714029       +Susquehanna Township Authority,    1900 Linglestown Road,    Harrisburg, PA 17110-3301
4689146       +TRI-STATE FINANCIAL,    PO BOX 2520,    WILKES BARRE, PA 18703-0018
4689147       +TRISTAN RADIOLOGY SPECIALISTS PC,    4520 UNION DEPOSIT RD,    HARRISBURG, PA 17111-2910
4689148       +UNEMPLOYMENT COMP OVERPAYMENT MATTERS,    DEPT OF LABOR AND INDUSTRY,    OFICE OF CHIEF COUNSEL,
                651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4689149       +UNEMPLOYMENT COMP TAX MATTERS,    HARRISBURG CASES - OFF OF CHIEF COUNSEL,
                DEPT OF LABOR & INDUSTRY,    651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0700
4697096        Union Deposit Anesthesia, PC,    c/o Hamilton Law Group,    PO Box 90301,
                Allentown, PA 18109-0301
4689151        VERIZON BANKRUPTCY DEPT,    500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
4689152       +VERIZON CMR CLAIMS DEPT,    MAIL CORRESPONDENCE,    PO BOX 60553,    OKLAHOMA CITY, OK 73146-0553
4689153       +WEST ASSET MANAGEMENT,    7171 MERCY RD  STE 100,    OMAHA NE 68106-2636
4689154       +WHYNOT LEASING, LLC,    D/B/A WHYNOT LEASE IT,    1750 ELM STREET STE 1200,
                MANCHESTER, NH 03104-2907
```

```
4689155        +WINDHAM PROFESSIONALS,    PO BOX 1048,    380 MAIN STREET,    SALEM, NH 03079-2412
4872675         Wells Fargo Bank, N.A., as Trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4689083         E-mail/Text: EBNProcessing@afni.com Mar 07 2017 19:19:37     AFNI INC,    404 BROCK DRIVE,
                 PO BOX 3097,    BLOOMINGTON, IL 61702-3097
4689085         E-mail/Text: brenda.hardison@cigna.com Mar 07 2017 19:19:31
                 AMERICAN RETIREMENT LIFE INSURANCE CO,    PO BOX 26580,    AUSTIN, TX 78755-0580
4719309         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 07 2017 19:34:31
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
4689087        +E-mail/Text: banko@berkscredit.com Mar 07 2017 19:19:10     BERKS CREDIT & COLL,
                 900 CORPORATE DRIVE,    READING, PA 19605-3340
4689095        +E-mail/Text: bankruptcy@reducear.com Mar 07 2017 19:20:02     CB SERVICES,    PO BOX 4127,
                 FORT WALTON BEACH, FL 32549-4127
4689097        +E-mail/Text: dehartstaff@pamd13trustee.com Mar 07 2017 19:19:49      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4689101         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2017 19:19:25      COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4689104        +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 07 2017 19:20:01
                 CREDIT COLLECTION SERVICES,    TWO WELLS AVE,    NEWTON, MA 02459-3246
4689111         E-mail/Text: cio.bncmail@irs.gov Mar 07 2017 19:19:03     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4689116        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 07 2017 19:19:29     MIDLAND FUNDING LLC,
                 8875 AERO DRIVE SUITE 200,    SAN DIEGO, CA 92123-2255
4689127        +E-mail/Text: schesek@pinnaclehealth.org Mar 07 2017 19:19:13     PINNACLE HEALTH HOSPITALS,
                 PO BOX 2353,    HARRISBURG, PA 17105-2353
4689128         E-mail/Text: margreen@pinnaclehealth.org Mar 07 2017 19:19:59     PINNACLE HEALTH MED SVCS,
                 PO BOX 1286,    HARRISBURG, PA 17108-1286
4689132         E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2017 19:24:07     QVC,    QCARD,    PO BOX 530905,
                 ATLANTA, GA 30353-0905
4689133        +E-mail/Text: bkdepartment@rtresolutions.com Mar 07 2017 19:19:39      REAL TIME RESOLUTIONS INC,
                 1349 EMPIRE CENTRAL DR, STE 150,    DALLAS, TX 75247-4029
4689140         E-mail/Text: appebnmailbox@sprint.com Mar 07 2017 19:19:28     SPRINT,    CUSTOMER SERVICE,
                 PO BOX 15955,    SHAWNEE MISSION, KS 66285
4705431         E-mail/Text: appebnmailbox@sprint.com Mar 07 2017 19:19:28     Sprint Corp,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
4689150        +E-mail/Text: ebn@vantagesourcing.com Mar 07 2017 19:19:47     VANTAGE SOURCING,    PO BOX 6786,
                 DOTHAN, AL 36302-6786
                                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4738649         Wells Fargo Bank, N.A., as Trustee, on behalf of S
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Victoria Ann Clark DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              James  Warmbrodt    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO
               Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1
               bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Matthew Christian Waldt   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                    TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**VICTORIA ANN CLARKVICTORIA ANN CLARK**

    Debtor(s)

**CHARLES J. DEHART, III (TRUSTEE)**

    Movant(s)

vs.

**VICTORIA ANN CLARK**

    Respondent(s)

Chapter: 13

Case Number: 1:15-bk-03706-RNO

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: March 7, 2017

By the Court,

_Russ N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)